TALMADGE, commissioner, *v.* McDONALD.

RUSSELL, C. J. The decision of each of these cases is controlled by the rulings in *Talmadge* v. *Cordell,* ante, 13; and the judgment in each case is affirmed with the same direction as contained in the opinion in *Talmadge* v. *Cordell.*

*Judgments affirmed, with direction. All the Justices concur, except Russell, C. J., and Atkinson, J., who dissent.*

Nos. 7097, 7098, 7099. FEBRUARY 12, 1930.

REHEARING DENIED MARCH 1, 1930.